Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

___7___ Division

24-2142-JPG

Case No. No. 2023-CF-350
*(to be filled in by the Clerk's Office)*

Marcus T. Moore

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

-v-

City of Sesser Police Department; K. Norris / S. Bareis

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-4-2024

Signature of Plaintiff

Printed Name of Plaintiff: Marcus T. Moore

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

　A.　The Plaintiff(s)

　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　Name: Marcus T. Moore #13950
　　Address: Frank County Jail 403 E Main St
　　　　　　Benton, IL 62812
　　　　　　City　　State　　Zip Code
　　County:
　　Telephone Number:
　　E-Mail Address:

　B.　The Defendant(s)

　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

　　Defendant No. 1
　　　Name: K. Norris
　　　Job or Title (if known): police officer
　　　Address: P.O. Box 517
　　　　　　Sesser, IL 62884
　　　　　　City　　State　　Zip Code
　　　County:
　　　Telephone Number: 618-625-2341
　　　E-Mail Address (if known):

　　　[X] Individual capacity　　[ ] Official capacity

　　Defendant No. 2
　　　Name: S. Bareis
　　　Job or Title (if known): Chief of police
　　　Address: P.O. Box 517
　　　　　　Sesser, IL 62884
　　　　　　City　　State　　Zip Code
　　　County:
　　　Telephone Number:
　　　E-Mail Address (if known):

　　　[X] Individual capacity　　[ ] Official capacity

Page 2 of 6

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   _____ _____ _____
   City            State           Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity   [ ] Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   _____ _____ _____
   City            State           Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   [ ] Individual capacity   [ ] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   **Fourth Amendment, Fifth Amendment, 14th Amendment**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I was Illegally stop and detained tort, tases 2 time and false arrest Illegal Search and Seizure of my Person and car, mistreated by officer Norris and officer Baries

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

K. Norris Violated my constitution rights by Initiating an Illegal Traffic Stop. S. Bareis Violated my fourth Amendment rights, excessive force, false arrest and false statement

B. What date and approximate time did the events giving rise to your claim(s) occur?

September 10, 2023  5:27am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My rights was Violated I was falsely arrest Profiled of my race, Incriminate, mistreated, tort. Norris Pull me over for High rate of speed but did not know how fast I was Call the chief of Police and told him he Pull me over for speeding but He dont know how fast I was going but I was Zooming office Baries falsely Arrest me for a DUI and write a false statement report and tase me a second time In my leg for no reason and tase me In my back while running causing me to bust open my face

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

facial lacertion, busted lip eye-brow, Head, Hand, Knee pain, Back pain, Neck pain, Arm pain, Suffer severe pain through out my body Franklin County Hospital and Franklin County Jail Pictures are on Franklin County log In

V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to be awarded In Compensatory damages for excessive force punitive damages physical, mental, emotional pain and suffering for over Pass year loss of liberty, false arrest medical care lawyer fee back pay for all the money I spent on the phone, Chirp, Commissary
Total of Amounts: 2,000,000,000

Page 5 of 6

9-4-2024

1) The date of the "Illegal Traffic Stop": September 9-10-2023

2) The reason provided for the traffic stop: High rate of speed

3) What charges were brought resulting from the traffic stop, and whether the charges remain pending: #9107 DUI(a) 2, #9108 resisting Arrest (720 ILCS 5/31-1), #9109 possession of a firearm by a felon (720 ILCS 5/24-1.1) charges still a pending.

4) Whether a probable cause hearing or determination was made following his arrest/~~tasing~~: No determination was made In my case yet.

5) What Injuries he suffered as a result of arrest/tasing: facial lacertions, Suffer Severe pain all of the body, Neck, Back, Arm, leg, Head, lips, eye-brow, Hand, Knee pain

6) Whether he ever received any medical care for his Injuries, and when the care was provided: September 10, 2023 at franklin

County hospital and Franklin County Jail

7) How officer K. Norris and officer S. Bareis Violated his Constitutional rights: Violated my fourth Amendment right to freedom from unreasonable seizure by stopping my vehicle without probable Cause, Illegally detained me In violation of my fourth Amendment right, false arrest, unlawful detention, malicious prosecution, false statement, equal protection Violations, and officer's Norris and Bareis from the Sesser police Dept are liable for the torts and excessive force and mistreated under their care.

Marcus Moore
Franklin County Jail
403 East Main St,
Benton IL, 62812

MAIL CLEARED
US MARSHALS

Clerk
United States District Court
750 Missouri AVE
East St. Louis, Illinois, 62201

RECEIVED
SEP 09 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE