# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARCUS T. MOORE,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Case No. 24-cv-02142-JPG |
| **K. NORRIS,** **S. BAREIS, and** **CITY OF SESSER POLICE DEP'T,** | ) ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing, and the action is **DISMISSED without prejudice,** the parties to bear their own costs.

**DATED**: 11/7/2024

MONICA A. STUMP, CLERK

By: s/ Megan Moyers
      Deputy Clerk

APPROVED:  s/ J. Phil Gilbert
                     Honorable J. Phil Gilbert
                     United States District Judge